# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED CARREIA, | CASE NO. 1:10-CV-00692-AWI-DLB PC |
| Plaintiff, | ORDER DENYING MOTION TO AMEND WITHOUT PREJUDICE |
| v. | (Doc. 8) |
| JAMES YATES, et al., | |
| Defendants. | |

Plaintiff Alfred Carreia ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation. Plaintiff is proceeding pro se in this civil rights action. On August 5, 2010, Plaintiff submitted a motion to amend his complaint to include original copies of his CDC Form 602 inmate appeal. Plaintiff is advised that an amended complaint supersedes the original complaint, *Forsyth v. Humana, Inc.*, 114 F.3d 1467, 1474 (9th Cir. 1997); *King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987), and must be "complete in itself without reference to the prior or superseded pleading," L. R. 220. Plaintiff is warned that "[a]ll causes of action alleged in an original complaint which are not alleged in an amended complaint are waived." *King*, 814 F.2d at 567 (citing to *London v. Coopers & Lybrand*, 644 F.2d 811, 814 (9th Cir. 1981)); *accord Forsyth*, 114 F.3d at 1474. The Court generally does not accept piecemeal pleadings.

Plaintiff was instructed that the Court does not serve as a repository for Plaintiff's evidence. Plaintiff should avoid sending original copies to Court.

1

Accordingly, it is HEREBY ORDERED that Plaintiff's motion to amend pursuant to Federal Rule of Civil Procedure 15 is DENIED without prejudice.  The Clerk of Court is directed to return Plaintiff's original filing, docketed at Docket No. 8, to Plaintiff, if the Clerk has retained it.

IT IS SO ORDERED.

    **Dated:   August 18, 2010**                            /s/ **Dennis L. Beck**
                                                                           UNITED STATES MAGISTRATE JUDGE